UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYNN JANSEN, et al.,

        Plaintiffs,

    v.

SPECIALIZED LOAN SERVICING LLC, et al.,

        Defendants.

Case No.  23-cv-02708-YGR

**ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH MEDIATION DEADLINE**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On September 11, 2023 the Court ordered the parties to complete private alternative dispute resolution ("ADR") by February 2, 2024.  (Dkt. No. 13.)  In the joint case management statement filed on March 11, 2024, the parties informed the Court they "have agreed to participate in private mediation and mediation is being scheduled."  (Dkt. No. 15 at 6.)  Accordingly, the parties are **HEREBY ORDERED TO SHOW CAUSE** in writing why they should not be sanctioned $200 for failing to comply with, or ask for an extension of, the mediation deadline set six months prior by the Court.  The parties' joint response is to be filed by next Monday, March 18, 2024.  If the Court is satisfied with the written submission, it will vacate the Order to Show Cause.

Further, the Monday, March 18, 2024 Case Management Conference is **CONTINUED** to April 1, 2024 at 2:01 p.m., and the hearing on this Order to Show Cause is also scheduled for April 1, 2024 at 2:01 p.m.

**IT IS SO ORDERED.**

Dated: March 12, 2024

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

United States District Court
Northern District of California